State v. Carr

---

STATE OF NORTH CAROLINA v. JAMES DAVID CARR

No. 759SC330

(Filed 3 September 1975)

Criminal Law § 148— no appeal from nolo contendere
    There is no right of appeal upon a plea of *nolo contendere.* G.S. 15-180.2.

State v. Strickland

APPEAL by defendant from *Hobgood, Judge.* Judgment entered 6 January 1975 in Superior Court, WARREN County. Heard in the Court of Appeals 25 August 1975.

*Attorney General Edmisten, by William F. O'Connell, Assistant Attorney General, for the State.*

*Clayton & Ballance, by Theaoseus T. Clayton, for defendant appellant.*

ARNOLD, Judge.

The record shows the defendant was charged with armed robbery and entered a plea of nolo contendere. There is no right of appeal upon a plea of nolo contendere. G.S. 15-180.2. The appeal is

Dismissed.

Chief Judge BROCK and Judge PARKER concur.